```
Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com
```

JS-6

Attorneys for Plaintiff
Alicia Jacqueline Taylor

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA JACQUELINE TAYLOR, | Case No.: 5:20-cv-01770-DFM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: June 11, 2021

*[signature]*

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| DATE: June 10, 2021 | Respectfully submitted, |
| | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | BY: /s/ *Young Cho* |
| | Young Cho |
| | Attorney for plaintiff Alicia Jacqueline Taylor |

-2-